UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ATTALLA,<br><br>  Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>  Defendant. | Case No. 1:24-cv-01482-JLT-EPG<br><br>ORDER FOR ATTORNEY MILLIGAN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER TO ATTEND THE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 5) |

On December 5, 2024, Defendant removed this litigation for Tulare County Superior Court to the United States District for the Eastern District of California, asserting diversity jurisdiction. (ECF No. 1). That same day, the Court issued an order setting a mandatory scheduling conference for March 6, 2025. (ECF No. 3). The Court warned that it may impose sanctions for failure to comply with its order. (*Id.* at 6).

On January 13, 2025, the parties filed a joint scheduling report. (ECF No. 7). The Court held the conference as scheduled on March 6, 2025, and counsel appeared Defendant, Lowe's Home Centers, LLC. However, Attorney David Lee Milligan, counsel for Plaintiff, did not appear. Accordingly, the Court noted that it would issue an order to show cause due to counsel's failure to appear.

Accordingly, IT IS ORDERED as follows:

1. Attorney Milligan shall show cause why sanctions should not issue for counsel's failure to attend the conference as required by the Court's order. (ECF No. 3).

1

2. Attorney Milligan shall have seven days from the entry of this order to file a written response explaining why counsel did not attend the conference.

3. After reviewing counsel's response, the Court will further consider whether sanctions are appropriate and whether to schedule the case.

IT IS SO ORDERED.

Dated: __March 6, 2025__           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2